**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

     **v.**          Criminal No. 08-50075-09

**JOSE ALVARADO**                                                               **DEFENDANT**

### O R D E R

Now on this 24th day of February, 2012, comes on for consideration the **Magistrate Judge's Report And Recommendation** (document #295), to which no objections have been made, and the Court, having reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Magistrate Judge's Report And Recommendation**, defendant's claims are **dismissed with prejudice**.

**IT IS SO ORDERED.**

                                                    /s/ Jimm Larry Hendren
                                                    **JIMM LARRY HENDREN**
                                                    **UNITED STATES DISTRICT JUDGE**